CAROLINA WATER SERVICE v. TOWN OF ATLANTIC BEACH

No. 14P96

Case below: 121 N.C.App. 23

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.

CORNELIUS v. HELMS

No. 430P95

Case below: 342 N.C. 653

120 N.C.App. 172

Motion by defendants (Helms and Parham, Helms and Kellam) for reconsideration of petition for discretionary review dismissed 7 March 1996.

CRAWFORD v. BOYETTE

No. 28P96

Case below: 121 N.C.App. 67

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 March 1996.

DUNKLEY v. SHOEMATE

No. 59P96

Case below: 121 N.C.App. 360

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 March 1996.

HOWELL v. OWEN MFG. CO.

No. 485P95

Case below: 120 N.C.App. 642

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 March 1996.